## (January 15, 1957)

█ HERBERT H. SABBETH, Appellant, v. EVELYN L. SABBETH, Respondent.— Order granting defendant's motion for an order directing the City Treasurer to pay to defendant the sum of $5,000; order denying plaintiff's motion to vacate a default judgment entered in favor of the defendant, and order adjudging plaintiff in contempt of court, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

█ In the Matter of the Arbitration between A. ALFRED FRANKS, Respondent, and PENN-URANIUM CORPORATION et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

█ In the Matter of SIMON HABERMAN, Respondent, against OLD TOWN CORPORATION et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. The date for the inspection to proceed shall be fixed in the order. Settle order on notice. Concur — Breitel, J. P., Botein, Valente and Bergan, JJ.

█ In the Matter of the Arbitration between TERRY LEE SPORTSWEAR, INC., Appellant, and CHARLES KREINDLER, as Financial Secretary of Blouse & Waistmakers' Union, Local 25, I.L.G.W.U., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

█ In the Matter of NATHANIEL M. MINKOFF, as Treasurer of Joint Board of Dress and Waistmakers Union of Greater New York, Respondent, against FOXY, INCORPORATED, Also Known as SALBERT, INC., Judgment Debtor, and JOSEPH SILVER, Appellant.— Order affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Botein, Valente and Bergan, JJ. (Breitel, J., dissents and votes to reverse and remand for hearing, on the ground that in the present state of the record there is no contradiction of debtor's averments that the date for the examination had been adjourned.) Appellant may purge himself of contempt by appearing for examination on date within five days after entry of order. Settle order fixing date.

█ AMALIE DOBROVOLNY, Appellant, v. DAVID SEROTA, Defendant, and MARY SEROTA, Respondent.— Appeal from order denying plaintiff's motion for a preference unanimously dismissed. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

█ AMALIE DOBROVOLNY, Appellant, v. DAVID SEROTA, Defendant, and MARY SEROTA, Respondent.— Order denying plaintiff's motion for reconsideration of a prior motion for a preference unanimously reversed, with $20 costs and disbursements to the appellant, the motion for reconsideration granted and, upon reconsideration, the motion for a preference is granted. The papers before the court warranted granting the general preference. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

█ MARJORIE SMITH, Respondent, v. HENRY ROSENFELD et al., Doing Business as NESOR REALTY Co., Appellants.— Order, so far as appealed from, unanimously modified so as to grant the motion to dismiss unconditionally and, as so modified, affirmed, with $20 costs and disbursements to the appellants. (See Hyde & Sons v. Roller Derby Skate Co., 1 A D 2d, 942.) The clerk is directed to enter judgment in favor of the defendants dismissing the complaint for failure to prosecute, with costs. No opinion. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.